**Order entered May 22, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00802-CV

**HOSSEIN S. NAMDARKHAN AND BARDIA NAMDARKHAN, Appellants**

**V.**

**GLAST, PHILLIPS & MURRAY, P.C., MARK C. ENOCH,
MARK C. ENOCH, PC, AND MATTHEW ENOCH, Appellees**

**On Appeal from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-16-00853**

## ORDER

Before the Court is the May 20, 2019 unopposed motion of appellant Bardia Namdarkhan

for an extension of time to file a combined reply/cross-appellee's brief.  We **GRANT** the motion

and extend the time to **June 24, 2019**.


/s/      ERIN A. NOWELL
JUSTICE